IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$85,433.00 in United States Currency,<br><br>Defendant,<br><br>And concerning<br><br>ZHEN HONG CHEN and JIELI CHEN,<br><br>Claimants. | CV 17-132-BLG-SPW<br><br><br>ORDER |

Only an attorney authorized to appear under the District of Montana's Local Rules may appear on behalf of a party. D. Mont. L.R. 83.1(a)(2). Attorneys who are not members of the state bar of Montana may appear only after the presiding judge has granted leave to appear *pro hac vice*. D. Mont. L.R. 83.1(d)(1).

The Court has not granted Mr. I. Frederick Shotkin leave to appear *pro hac vice*. Mr. Shotkin has been informed by the Clerk of Court that he must obtain local counsel and follow the proper procedure to be admitted *pro hac vice*. Mr.

1

Shotkin has not done so, but has personally signed two filings in this matter. Therefore, it is hereby ordered:

1. The filings signed by Mr. Shotkin are vacated. (Docs. 9 and 15).

2. The preliminary pretrial conference call order is vacated. (Doc. 14).

3. The defendants have 30 days from the date of this order to file answers to the complaint. They may file their answer either pro se or through an attorney properly admitted to practice before the Court.

DATED this 20th day of February, 2018.

SUSAN P. WATTERS
United States District Judge