IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



APR 1 0 2018

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES OF AMERICA,

Plaintiff,

vs.

$85,433.00 in U.S. Currency,

Defendant.

CV 17-132-BLG-SPW

ORDER

The United States having filed a Settlement Agreement in this case (Doc. 17), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 10th day of April, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge